ACCEPTED
15-24-00081-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 1:36 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/27/2025 1:36:29 PM
CHRISTOPHER A. PRINE
Clerk

# HAYNES BOONE

*thomas.williams@haynesboone.com*
*Direct Dial: (817) 347-6625*

June 27, 2025

Mr. Christopher A. Prine, Clerk                                          *Via efiling*
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re:    No. 15-24-00081-CV; *City of Dallas v. Ken Paxton, Attorney General of Texas and The Dallas Morning News, Inc.*

Dear Mr. Prine:

We represent Appellee The Dallas Morning News, Inc. ("DMN") in the above-referenced case, and write in response to the Court's June 23, 2025, letter.

On June 26, 2025, a supplemental clerk's record was filed, along with documents for in camera inspection, and accordingly there is no issue of waiver by Appellant City of Dallas ("the City") of its right to have the information at issue considered by this Court.

However, although the "Order Sealing Information at Issue for In Camera Inspection," indicates that it was agreed by all counsel, including counsel for DMN (Supp. CR 3-4), as in any Public Information Act case the Requestor (here, DMN) does not know what the information at issue is, because DMN has never seen it, nor is it entitled to see it.[1]  But the content of the information at issue—whatever it may be—is relevant only to the question of whether the requested information relates to the HUD investigation.  Even if it does, it is undisputed that the City had already provided the requested information to HUD, and it is undisputed that the legal theory on which the City relied at trial (anticipated litigation with Darryl

---

[1] The trial court entered an Agreed Protective Order by which the information at issue could be provided to the Attorney General for its review (CR 285).  But DMN was not a party to that Agreed Protective Order, the Protective Order does not authorize disclosure to DMN, and DMN has never seen the information at issue.

Baker) is not the theory it presented to the Attorney General in its ruling request (actual litigation with HUD). Therefore, this Court can, and should, affirm the trial court's judgment without regard to the content of the information at issue.

Thank you for your courtesy and assistance, and please let me know if the Court needs any additional information.

Respectfully submitted,

*/s/ Thomas J. Williams*
Thomas J. Williams
thomas.williams@haynesboone.com
State Bar No. 21578500
Telephone: (817) 347-6600
Telecopier: (817) 347-6650
Attorney for Appellee
The Dallas Morning News, Inc.

cc:    All counsel of record                                    *Via E-service*

4911-5199-3424 v.5

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Seasyn Ruvalcaba on behalf of Thomas Williams
Bar No. 21578500
seasyn.ruvalcaba@haynesboone.com
Envelope ID: 102529889
Filing Code Description: Letter
Filing Description: Appellee Dallas Morning News Letter
Status as of 6/27/2025 1:45 PM CST

Associated Case Party: KenPaxton

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christian Young | | christian.young@oag.texas.gov | 6/27/2025 1:36:29 PM | SENT |
| Kathy Johnson | | kathy.johnson@oag.texas.gov | 6/27/2025 1:36:29 PM | SENT |
| Rosalind Hunt | | rosalind.hunt@oag.texas.gov | 6/27/2025 1:36:29 PM | SENT |

Associated Case Party: City of Dallas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nicholas Palmer | | nicholas.palmer@dallas.gov | 6/27/2025 1:36:29 PM | SENT |

Associated Case Party: The Dallas Morning News, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas J.Williams | | thomas.williams@haynesboone.com | 6/27/2025 1:36:29 PM | SENT |
| William ReidPillifant | | reid.pillifant@haynesboone.com | 6/27/2025 1:36:29 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Seasyn Ruvalcaba | | seasyn.ruvalcaba@haynesboone.com | 6/27/2025 1:36:29 PM | SENT |